UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARRELL HEINER,

    Plaintiff,

v.

SKAGIT COUNTY EMERGENCY MEDICAL SERVICES COMMISSION,

    Defendant.

Case No. C08-1016RSL

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF DARRELL HEINER , and on behalf of DEFENDANT in the amount of $2,768.02 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. COPYING COSTS | $1,184.72 | $634.70 | $550.02 |

Clerk did not allow costs incurred for obtaining copies of medical records.

| | | | |
|---|---|---|---|
| II. SUBPOENA FEES | $65.00 | $65.00 | 0 |

Fees for service of subpoena were not allowed since materials obtained were not actually used.

TAXATION OF COSTS -- 1

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. DEPOSITION COSTS | $2,218.00 | 0 | $2,218.00 |

Clerk allowed full cost to obtain depositions that were actually used by either party in support of or in opposition to summary judgment motion. Clerk does not apportion the cost.

Dated this ___30th___ day of SEPTEMBER, 2009 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2